```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

   CHRIS POLIZZI                         CIVIL ACTION

   VERSUS                                NO: 12-2683

   N. BURL CAIN, WARDEN                  SECTION: "J" (4)
```

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 11)**, and petitioner's objections to the Magistrate Report **(Rec. Doc. 12)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that petitioner's objections should be and hereby are **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of Habeas Corpus (Rec. Doc. 3)** should be and hereby is **DENIED with prejudice**.

New Orleans, Louisiana this 20th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE