UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRIS POLIZZI**                                                     **CIVIL ACTION**

**VERSUS**                                                                 **NO.  12-2683**

**N. BURL CAIN, WARDEN**                                     **SECTION "J"(4)**

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____     a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

__X__     a certificate of appealability shall not be issued for the following reason(s):

   Petitioner's complaint is time-barred._____
_____
_____

New Orleans, Louisiana, this  23rd  day of    September    , 2013.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**